IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Griffin, Carlos M | Case Number: 08 B 20891 |
|---|---|
| | Judge: Goldgar, A. Benjamin |
| Printed: 12/10/08 | Filed: 8/9/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: December 2, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 816.22 |  |
| Secured: |  | 762.35 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 53.87 |
| Other Funds: |  | 0.00 |
| Totals: | 816.22 | 816.22 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Washington Mutual | Secured | 0.00 | 0.00 |
| 2. | HSBC Auto Finance | Secured | 18,798.14 | 762.35 |
| 3. | Washington Mutual | Secured | 23,652.74 | 0.00 |
| 4. | Washington Mutual | Secured | 4,000.00 | 0.00 |
| 5. | RMI/MCSI | Unsecured | 20.00 | 0.00 |
| 6. | Portfolio Recovery Associates | Unsecured | 43.28 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 203.45 | 0.00 |
| 8. | HSBC Auto Finance | Unsecured | 0.00 | 0.00 |
| 9. | ICUL Services Corporation | Unsecured | 479.76 | 0.00 |
| 10. | National Credit Adjusters | Unsecured | | No Claim Filed |
| 11. | Anderson Crenshaw Asso | Unsecured | | No Claim Filed |
| 12. | Credit Solutions Corporation | Unsecured | | No Claim Filed |
| 13. | Great American Finance Company | Unsecured | | No Claim Filed |
| 14. | Nicor Gas | Unsecured | | No Claim Filed |
| 15. | First Bank Of Deleware | Unsecured | | No Claim Filed |
| 16. | Nicor Gas | Unsecured | | No Claim Filed |
| 17. | Centrix Financial A/K/A FlatIron Fin | Unsecured | | No Claim Filed |
| | | | $ 47,197.37 | $ 762.35 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 53.87 |
| | $ 53.87 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Griffin, Carlos M

Printed: 12/10/08

Case Number:  08 B 20891
Judge:  Goldgar, A. Benjamin
Filed:  8/9/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

